CO-386
10/2018

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL )
DIVERSITY )
)
)
           vs    Plaintiff )   Civil Action No. 19-2282
)
DAVID BERNHARDT et al. )
)
)
             Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Plaintiff Center for Biological Diversity__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Center for Biological Diversity__ which have any outstanding securities in the hands of the public:

The Center for Biological Diversity has no parent corporations, subsidiaries, or outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Sarah U____
Signature

DC Bar No. 501328
BAR IDENTIFICATION NO.

Sarah Uhlemann
Print Name

2400 80th Street NW
Address

Seattle,    WA    98117
City    State    Zip Code

(206) 327-2344
Phone Number